Christopher C. McCurdy, ISB #8552
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Post Office Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
ccmccurdy@hollandhart.com

Jack M. Englert, Jr., *pro hac vice*
HOLLAND & HART LLP
6380 South Fiddler's Green Circle, Suite 500
Greenwood Village, CO  80111
Telephone:  (303) 290-1087
Fax:  (303) 290-1606
jenglert@hollandhart.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAVENDER RAIN THOMPSON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, and PROVIDENCE HEALTH & SERVICES, a Washington corporation,<br><br>　　　Defendants. | Case No.:  2:18-cv-00158-DCN<br><br>**JOINT STIPULATION FOR DISMISSAL** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lavender Rain Thompson and Defendants Metropolitan Life Insurance Company and Providence Health & Services provide notice of their dismissal of this action with prejudice with the parties to bear their own legal fees and costs.

JOINT STIPULATION FOR DISMISSAL  **-** 1

DATED this 29th day of April, 2019.

        OWENS, MCCREA & LINSCOTT, PLLC

        By: */s/ Jeffrey R. Owens*
        Jeffrey R. Owens

        Attorneys for Plaintiff

        HOLLAND & HART LLP

        By: */s/ Jack M. Englert, Jr.*
        Jack M. Englert, Jr., *pro hac vice*
        Christopher C. McCurdy

        Attorneys for Defendants

12421807_1