UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAVENDER RAIN THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, and PROVIDENCE HEALTH & SERVICES, a Washington corporation,<br><br>Defendant. | Case No. 2:18-cv-00158-DCN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation for Dismissal (Dkt. 19) filed by the parties in this matter and good cause showing,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice with each party to bear its own costs and attorneys' fees.  The Clerk's office is directed to close the case.

DATED: June 7, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1